COVARRUBIAS, JESSE S III
1231 LAKEWOOD AVE
HACIENDA HEIGHTS, CA 91745

FILED
Superior Court of California
County of Los Angeles

NOV 30 2016

(626)-474-7339

Sherri R. Carter, Executive Officer/Clerk
BY _____, Deputy
L. VALLEJO

L.A. SUPERIOR COURT, ALHAMBRA        19410
150 W. COMMONWEALTH AVE              Branch: 30
ALHAMBRA, CA 91801
                    Case Number/16AHSC04081
Plaintiff: COVARRUBIAS, JESSE S III           PROOF OF SERVICE
Defendant: THE WALT DISNEY COMPANY I

Hearing Date: 12/27/16    Time: 01:30 PM    Dept/Div: NE2    Room:

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   CLAIM OF PLAINTIFF AND ORDER

2. A. Party Served:
      FIDELATY WORKPLACE INVETING LLC   C/O CT CORP.


   B. BY DELIVERING TO:
      GLADYS AGUILERA, CT CORPORATION INTAKE SPECIALIST AUTHORIZED TO
      ACCEPT SERVICE ON BEHALF OF FIDELITY WORKPLACE INVESTING, LLC.


   C. Address:
      818 W SEVENTH ST
      LOS ANGELES, CA 90017

   D. By delivery: at business

3. I served the party named in item 2
   A. By personally delivering the copies:
                          (1) On: 11/23/16     (2) At: 08:00 AM

5. Deputy ID: E219603                A. Fee for Service: $ 40.00
   Deputy KEISHIA S. LIMBRICK
   Sheriff's Office
   110 N. GRAND AVE RM 525
   LOS ANGELES, CA 90012
   (213)-972-3930

7. I am a California Sheriff. I certify that the foregoing is true & correct.

                                              Jim McDonnell, Sheriff
Date: 11/23/16
 Br.: 30 12                    By: _____
'JUD. COUN. FORM, RULE 982(A)(23).'              K. LIMBRICK, Deputy

EXHIBIT B

COVARRUBIAS, JESSE S III

1231 LAKEWOOD AVE
HACIENDA HEIGHTS, CA 91745

(626)-474-7339

L.A. SUPERIOR COURT, ALHAMBRA          19410
150 W. COMMONWEALTH AVE                Branch: 30
ALHAMBRA, CA 91801
                    Case Number/16AHSC04081
Plaintiff: COVARRUBIAS, JESSE S III          PROOF OF SERVICE
Defendant: THE WALT DISNEY COMPANY I

Documents:
NOTICE OF AVAILABILITY OF SMALL CLAIMS WEB PORTAL FOR
INTERPRETER REQUESTS