```
                    COVARRUBIAS, JESSE S III
                                                                    FILED
                    1231 LAKEWOOD AVE                       Superior Court of California
                    HACIENDA HEIGHTS, CA 91745              County of Los Angeles

                                                              NOV 30 2016          (626)-474-7339

L.A. SUPERIOR COURT, ALHAMBRA         19410       Sherri R. Carter, Executive Officer/Clerk
150 W. COMMONWEALTH AVE               Branch: 30BY_____, Deputy
ALHAMBRA, CA 91801                                     L. VALLEJO
                           Case Number/16AHSC04081
Plaintiff: COVARRUBIAS, JESSE S III               PROOF OF SERVICE
Defendant: THE WALT DISNEY COMPANY I

Hearing Date: 12/27/16    Time: 01:30 PM    Dept/Div: NE2    Room:

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   CLAIM OF PLAINTIFF AND ORDER

2. A. Party Served:
         FMR, LLC                              C/O CT CORP.


   B. BY DELIVERING TO:
         GLADYS AGUILERA, CT CORPORATION INTAKE SPECIALIST AUTHORIZED TO
         ACCEPT SERVICE ON BEHALF OF FMR, LLC


   C. Address:
         818 W SEVENTH ST STE 930
         LOS ANGELES, CA 90017

   D. By delivery: at business

3. I served the party named in item 2
   A. By personally delivering the copies:
                          (1) On: 11/23/16       (2) At: 08:00 AM

5. Deputy ID: E219603                A. Fee for Service: $ 40.00
   Deputy KEISHIA S. LIMBRICK
   Sheriff's Office
   110 N. GRAND AVE RM 525
   LOS ANGELES, CA 90012
   (213)-972-3930

7. I am a California Sheriff. I certify that the foregoing is true & correct.
                                                        Jim McDonnell, Sheriff
Date: 11/23/16
 Br.: 30 12                    By: _____
'JUD. COUN. FORM, RULE 982(A)(23).'              K. LIMBRICK, Deputy
```

EXHIBIT C

COVARRUBIAS, JESSE S III

1231 LAKEWOOD AVE
HACIENDA HEIGHTS, CA 91745

(626)-474-7339

L.A. SUPERIOR COURT, ALHAMBRA        19410
150 W. COMMONWEALTH AVE              Branch: 30
ALHAMBRA, CA 91801
                       Case Number/16AHSC04081
Plaintiff: COVARRUBIAS, JESSE S III         PROOF OF SERVICE
Defendant: THE WALT DISNEY COMPANY I

Documents:
  NOTICE OF AVAILABILITY OF SMALL CLAIMS WEB PORTAL FOR
  INTERPRETER REQUESTS.